ROBERT S. CLARK, Respondent, v. JOB E. HEDGES et al.,
as Receivers of NEW YORK REALTY OWNERS et al.,
Appellants, Impleaded with Others.

*Mortgage — foreclosure — priority of lien as between mortgages covering
same property.*

Clark v. Hedges, 191 App. Div. 912, affirmed.

(Argued April 24, 1922; decided May 9, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to foreclose a mortgage on real property. The only question was as to whether it or another mortgage on the same property constituted the first lien thereon.

*S. F. Peavey, Jr.,* and *Lester H. Washburn* for appellants.
*Lewis E. Carr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.